UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORENZO TOWNSEND #201112,

       Plaintiff,                      Case No. 1:23-cv-1023

v.                                             Hon. Robert J. Jonker

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al,

       Defendants.
_____/

**ORDER STAYING AND
ADMINISTRATIVELY CLOSING CASE**

       This case is stayed in its entirety pursuant to this Court's review and consideration of an order of the U.S. Bankruptcy Court for the Southern District of Texas in *In Re: Wellpath Holdings, Inc., et al.,* Case No. 24-90533 (ARP).  This temporary stay order will continue until further order of this Court.  This case is administratively closed.

       **IT IS SO ORDERED.**

Dated:  January 24, 2025                      /s/ Ray Kent
                                                      RAY KENT
                                                      United States Magistrate Judge