UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORENZO TOWNSEND,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, *et al.*,

    Defendants.

_____/

Case No. 1:23-cv-1023

Hon. Robert J. Jonker

**ORDER LIFTING STAY AND RE-OPENING CASE**

The Court stayed and administratively closed this case on January 24, 2025. *See* Order (ECF No. 42). At that time, all pending motions were terminated without decision.

The stay in this case is **LIFTED** and this case is **RE-OPENED**.

An amended case management order will issue.

**IT IS SO ORDERED**.

Dated: May 21, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge