UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORENZO TOWNSEND,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, *et al.*,

    Defendants.
_____/

Case No. 1:23-cv-1023

Hon. Robert J. Jonker

**ORDER**

Plaintiff filed a Notice of Appeal (ECF No. 48) which was docketed as *Lorenzo Townsend v. MDOC, et al*, No. 25-1485 (6th Cir.) (ECF No. 50). This matter is now before the Court on plaintiff's motion for leave to appeal *in forma pauperis* (ECF No. 49). The Sixth Circuit has dismissed the appeal for lack of jurisdiction (ECF Nos. 58 and 59). Accordingly, plaintiff's motion for leave to appeal *in forma pauperis* (ECF No. 49) is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: October 21, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge