UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORENZO TOWNSEND #201112,

      Plaintiff,

                                   Case No: 1:23-cv-1023

v.

                                   HON. ROBERT J. JONKER

MICHIGAN DEPARTMENT OF
CORRECTIONS et al.,

      Defendants.

_____/

### ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

      The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on December 8, 2025 (ECF No. 67). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

      **ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 67) is **APPROVED** and **ADOPTED** as the opinion of the Court.

      **IT IS FURTHER ORDERED** that Defendant Rosemary Villasan's motion for summary judgment (ECF No. 51) is **GRANTED** and she is **DISMISSED** from the case.

Dated:   December 31, 2025         /s/ Robert J. Jonker
                                 ROBERT J. JONKER
                                 UNITED STATES DISTRICT JUDGE